In the Matter of the Application of AUGUSTUS TITUS STROUD for Admission to the Bar. (From the State of Virginia.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

A. GORDON & SONS, INC., Respondent, v. RUBENFELD CONSTRUCTION COMPANY, Defendant. EAGLE INDEMNITY COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ROBERT E. BUTTERFIELD, Appellant, v. MINNIE PILEGGI, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FRANCIS DEAN, Appellant, v. EMILY HALLIBURTON, as Administratrix c. t. a., etc., of WILLIAM S. HALLIBURTON, Deceased, Respondent.— Motion to resettle orders dated March 20, 1925, and May 15, 1925, granted, and order signed. Motion for leave to appeal to the Court of Appeals granted, and questions certified. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JULIA G. DEVINE, Appellant, v. MAURICE C. DEVINE, Respondent.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

PAUL DIAMOND, Respondent, v. K. P. & L. REALTY CO., INC., Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

LUCILLE R. EPPENBACH, Respondent, v. WILLIAM EPPENBACH and Others, Appellants, Impleaded with HERBERT E. JOCKERS and Others, Defendants.— Motion to open default denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ADELINE E. FOSTER, Respondent, v. PHILIP DITTMANN and Another, Copartners, etc., Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the October term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

GEORGE GASCOIGNE, Respondent, v. LUTHER L. CAMPBELL, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

DAVID GERBATY and Another, Respondents, v. JAMES H. GRIFFITHS and Others, Appellants.— Motion for stay denied. Rich, Jaycox, Manning and Young, JJ., concur; Kelly, P. J., taking no part.